■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM J. KEAHON, on Behalf of ZACHARY GIBIAN, Petitioner, v THOMAS MURPHY, as Warden of Suffolk County Correctional Facility, Respondent. [801 NYS2d 913]—Writ of habeas corpus in the nature of an application for bail reduction upon Suffolk County Indictment No. 00599/2005, to re-admit the defendant to bail in a proper amount.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the Supreme Court, Suffolk County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger,* 25 NY2d 497, 499 [1969]; *see People ex rel. Rosenthal v Wolfson,* 48 NY2d 230 [1979]). Florio, J.P., Goldstein, Fisher and Covello, JJ., concur.